IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NICHOLAS S. BACON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-093
)
DAVID EDWARDS, SGT. BARBER, )
OFFICER LARRYMAN, OFFICER )
DRIGGERS, OFFICER MCCELLOND, )
and LIBERTY COUNTY JAIL, )
Transportation Department, )
)
    Defendants. )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 51), to which objections have been filed (Doc. 53). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendants' Motion for Judgment on the Pleadings (Doc. 47) is **GRANTED** and Plaintiff's complaint is **DISMISSED** as unexhausted. Defendants' Motion to Stay (Doc. 48), Defendants' Motion for Extension of Time (Doc. 49), and Plaintiff's Motion for Production of Documents (Doc.

50) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of August 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA