AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Nicholas S. Bcon

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-93

David Edwards et al.,

    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Courts Order dated August 18, 2020, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; granting Defendant's Motion for Judgment on the Pleadings and dismissing Plaintiff's Complaint. This action stands closed.

08/18/2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03